Roy V. O'BRIEN and Julie O'Brien, d/b/a
O'Brien Furniture Store, Plaintiffs
and Appellants,

v.

FARMERS UNION OIL COMPANY OF
ROLLA, Defendant and Respondent.

Civ. No. 8655.

Supreme Court of North Dakota.

Aug. 28, 1970.

Duffy & Haugland, Devils Lake, for
plaintiffs and appellants.

Pringle & Herigstad, Minot, for de-
fendant and respondent.

STRUTZ, Judge.

The appeal in this action is ruled by
the opinion heretofore filed in the case of
Koistinen v. Farmers Union Oil Company
of Rolla, reported in 179 N.W.2d 327 (N.D.
1970).

The judgment of the trial court dis-
missing the plaintiffs' complaint is af-
firmed.

TEIGEN, C. J., and PAULSON,
KNUDSON and ERICKSTAD, JJ., con-
cur.